01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )    Case No. 06-302M
        v.                      )
                                )
                                )    DETENTION ORDER
IGNACIO DIAZ-CHAVEZ,            )
                                )
                Defendant.      )
_____ )

Offenses Charged:

        Conspiracy to Distribute Heroin and Cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.

Date of Detention Hearing:  June 16, 2006.

        The Court, conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

        (2)    Defendant has stipulated to detention due to an immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 1

01      (3)    There appear to be no conditions or combination of conditions other than

02 detention that will reasonably assure the defendant's appearance at future Court hearings or the

03 safety of the community.

04      IT IS THEREFORE ORDERED:

05    (1)    Defendant shall be detained pending trial and committed to the custody of the

06               Attorney General for confinement in a correction facility separate, to the extent

07               practicable, from persons awaiting or serving sentences or being held in custody

08               pending appeal;

09    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10               counsel;

11    (3)    On order of a court of the United States or on request of an attorney for the

12               government, the person in charge of the corrections facility in which defendant

13               is confined shall deliver the defendant to a United States Marshal for the purpose

14               of an appearance in connection with a court proceeding; and

15    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16               counsel for the defendant, to the United States Marshal, and to the United States

17               Pretrial Services Officer.

18      DATED this 19th day of June, 2006.

19

20

21                              JAMES P. DONOHUE
                              United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER                                 15.13
18 U.S.C. § 3142(i)                              Rev. 1/91
PAGE 2